UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH GLAZE,<br><br>        Plaintiff,<br><br>   v.<br><br>CONTRA COSTA COUNTY,<br><br>        Defendant. | Case No. 21-cv-01488-JST<br><br>**ORDER OF DISMISSAL**<br><br>Re: ECF No. 18 |

On May 9, 2022, the Court received a letter from Plaintiff Isaiah Glaze asking that the Court "withdraw" this case as well as another case pending before the Court. ECF No. 18.

The Court construes Glaze's request as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i). This case is dismissed without prejudice. The Clerk will close the file.

**IT IS SO ORDERED.**

Dated:

_____
JON S. TIGAR
United States District Judge